IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02154-MSK-MEH

MICHAEL NOBLE,

    Plaintiff,

v.

TOYOTA MOTOR NORTH AMERICA, INC., a California corporation,
TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, and
TOYOTA MOTOR CORPORATION, a foreign corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2010.**

In light of this Court's November 29, 2010 order (docket #11), Plaintiff's Motion to Continue Scheduling Conference [filed November 24, 2010; docket #9] is **denied as moot**.

Plaintiff's Motion to Vacate Scheduling Conference and Status Report [filed December 28, 2010; docket #12] is **granted**. The Scheduling Conference currently set for December 30, 2010 is **vacated**. On or before January 31, 2011, Plaintiff shall file a status report informing the Court of the status of transfer of this case to the Panel on Multidistrict Litigation.